# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re  PAOLO RIZZI | ) | |
| PATRIZIA RIZZI | ) | |
| | ) | |
| Debtors | ) | Case No: 12-18400-bif |
| | ) | |
| PAOLO RIZZI | ) | |
| PATRIZIA RIZZI | ) | |
| Plaintiffs | ) | Chapter 13 |
| v. | ) | |
| | ) | Hon. Bruce I. Fox |
| WATERFALL VICTORIA | ) | |
| Defendant | ) | |
| | ) | Adv. Proc. No. 13-00432-bif |

## PRAECIPE TO WITHDRAW COMPLAINT

TO: The U.S. Bankruptcy Clerk for the Eastern District of Pennsylvania:

Kindly Withdraw Debtors' Complaint against Waterfall Victoria, filed on August 8, 2013 in the above captioned matter, Paolo and Patrizia Rizzi v. Waterfall Victoria, Adversary No. 13-00432.

DATED: September 16, 2013                    Respectfully submitted,

   /s/ Christopher G. Cappio
Christopher G. Cappio
Identification No. 206002
Jacoby & Meyers Bankruptcy, LLP
111 S. Independence Mall East
Bourse Building, Suite #555
Philadelphia, PA 19106
Telephone Number (215) 238-5251
Telecopier Number (215) 238-5254
Attorney for Debtors